UNITED STATES BANKRUPTCY COURTT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Rpt # 450904



IN RE:

SHARONDA N. HANKERSON
XXX-XX-9532

DEBTOR

CASE NO.: 08-10091-BKC-RBR
PROCEEDING UNDER CHAPTER 13

### NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of $ 20.51 remaining in her bank account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above-named case. The Trustee has made a good-faith effort to verify the correct mailing address for said entitiies and to deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment.

Attached and made a part of this notice, is a list, pursuant to Bankruptcy Rule 3001, of the names, claim numbers and addresses of the claimants and the amounts to which each is entitled.

**WHEREFORE**, the Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing this estate.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk was mailed to the parties listed on the attached service list this 11th day of April, 2011.

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
FLORIDA BAR NO. 861154

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

## SERVICE LIST

DEBTOR
SHARONDA N. HANKERSON
6618 RACQUET CLUB DR
LAUDERHILL, FL 33319

ATTORNEY FOR DEBTOR
CHRISTIAN J. OLSON, ESQUIRE
LAW OFF OF SIMONSON & OLSON PA
4901 NW 17TH WAY STE 503
FT. LAUDERDALE, FL 33309

ATTACHMENT

**NOTICE OF DEPOSIT OF FUNDS WITH U.S. BANKRUPTCY COURT CLERK**

<u>**Attachment - Listing of Claimant**</u>

Case Number:    08-10091-BKC-RBR

Creditor No.:   253245

Claimant:       HOLY CROSS HOSPITAL
                C/O KOFSKY & ASSOCIATES
                200 SE 1 AVE., #705
                MIAMI, FL 33131

**ROBIN R. WEINER, ESQ.**
**STANDING CHAPTER 13 TRUSTEE**

Payee: UNITED STATES BANKRUPTCY COURT
Creditor No.: 217087        Date: Apr 04, 2011        Check No.: 1406102

| Case No | Debtor Name(s) | | Payment | Interest | Principal |
|---|---|---|---|---|---|
| 0810091 | SHARONDA N. HANKERSON | | 20.51 | .00 | 20.51 |
| | ACCT: 0055924895258 | COMM: | | | |
| | CL#0020 | | | | |
| | | Totals | 20.51 | .00 | 20.51 |